UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAURO ARRELLANO-GENIS,
On behalf of himself and those similarly situated,

    Plaintiff(s),

-against-

SALT & PEPPER DINER INC. d/b/a SALT AND
PEPPER RESTAURANT,
SALT & PEPPER ON 33RD ST. INC. d/b/a SALT
AND PEPPER RESTAURANT,
MOHAMMAD ILYAS,
JOHN DOE OWNER 1 ("Noor"),

    Defendants.

Civil Action No.: 13-CV-8316 (PAC)

## REQUEST FOR ENTRY OF DEFAULT

TO:   RUBY J. KRAJICK, CLERK OF COURT
        UNITED STATES DISTRICT COURT
        SOURTHERN DISTRICT OF NEW YORK

    Plaintiffs, LAURO ARRELLANO-GENIS, on behalf of himself and those similarly situated, respectfully request entry of default, pursuant to Fed. R. Civ. P. 55(a), against all Defendants in this lawsuit for their failure to appear or otherwise respond to the Complaint within the time specified by the Federal Rules.

    On December 18, 2013, the Complaint, Summonses and all other initiating documents in this lawsuit were properly served on Defendants via personal service (Mohammad Ilyas; Salt and Pepper diner Inc; Salt and Pepper on 33rd St. Inc.) and by leaving the documents with a person of suitable age and discretion (John Doe Owner 1 ["Noor"]). Affidavits of service, certifying that the forgoing service was completed, were filed with the Court on January 30, 2014. More

than 21 days have elapsed since service was performed. The Defendants have not been granted any extension of time to respond to the Complaint. Defendants have failed to answer or otherwise respond to the Complaint, or serve any answer or other response on Plaintiffs' attorney of record. Further, upon information and belief, none Defendants are infants, in the military, or incompetent.

      A proposed Certificate of Default is submitted for the Court's convenience.

Dated: New York, NY
       March 7, 2014

      Respectfully Submitted,

      Joshua A. Butnick, Esq. (JB-4740)
      Law Office of Joshua A. Butnick P.C.
      40 Wall St. 28th Fl.
      New York, NY 10005
      (212) 362-1197
      JButnick@Butnicklaw.com